**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Sean Jervitt HOPKINS, Defendant–Appellant.**

**No. 06-7798.**

United States Court of Appeals, Fourth Circuit.

Submitted: March 29, 2007.

Decided: April 4, 2007.

Sean Jervitt Hopkins, Appellant Pro Se. Ranganath Manthripragada, Assistant United States Attorney, Ronald Jay Tenpas, James Marton Trusty, Office of the United States Attorney, Greenbelt, Maryland, for Appellee.

Before MOTZ, TRAXLER, and DUNCAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Sean Jervitt Hopkins appeals the district court's order denying his motion for production of transcripts at government expense. We have reviewed the record and find no reversible error. Accordingly, we affirm. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*